IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TICHINA S. TAYLOR**                                                                             **PLAINTIFF**

v.                      Case No. 4:22-CV-00295-LPR

**METHODIST BEHAVIOR HOSPITAL**                                 **DEFENDANT**

## ORDER

In June of 2022, Defendant Methodist Behavior Hospital filed a Motion to Dismiss.[1] Ms. Taylor has not responded. The implication of Local Rule 7.2(f) is that failure to respond to a dispositive motion is not, in and of itself, grounds for granting the dispositive motion. However, Ms. Taylor's failure to respond does raise questions in the Court's mind as to whether Ms. Taylor is still interested in pursuing her case. Ms. Taylor has thirty days from the date of this Order to file a notice that indicates she wants to proceed with this case. If she does not do so, the Court will dismiss this case pursuant to Local Rule 5.5(c)(2). The Clerk is directed to send a copy of the docket and this Order to Ms. Taylor.

IT IS SO ORDERED this 4th day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 9.