# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TICHINA S. TAYLOR**                                                 **PLAINTIFF**

v.                     Case No. 4:22-CV-295-LPR

**METHODIST FAMILY HEALTH INC.**                           **DEFENDANT**

## ORDER

Plaintiff Tichina S. Taylor, proceeding pro se, filed this disability-discrimination case on March 31, 2022.[1] Defendant Methodist Family Health, Inc. filed a Motion to Dismiss on June 14, 2022.[2] On January 6, 2023, after reviewing Plaintiff's Complaint and Defendant's Motion to Dismiss, the Court entered an Order that identified some deficiencies with the Complaint.[3] The Court gave Ms. Taylor forty-five days from the date of that Order to file an Amended Complaint that cured those deficiencies.

The Court specifically instructed Ms. Taylor to: (1) clarify whether she is bringing a claim under Title VII, the Americans with Disabilities Act, or any other federal statute;[4] (2) change the Defendant's name from "Methodist Behavior Hospital" to "Methodist Family Health, Inc."[5]; (3) clearly and plausibly allege that Defendant "has fifteen or more employees and has employed that many people for each working day in each of 20 or more calendar weeks in the current or preceding calendar year"[6]; and (4) clearly and plausibly allege whether Defendant was her employer.[7]

---

[1] Compl. (Doc. 2).

[2] Def.'s Mot. to Dismiss (Doc. 9).

[3] Order (Doc. 14).

[4] *Id.* at 3 n.21.

[5] *Id.* at 4.

[6] *Id.* at 5.

[7] *Id.* at 5 n. 32.

Additionally, the Court warned Ms. Taylor that "her Amended Complaint will supersede and completely nullify her current Complaint. That means she must include any and all factual allegations in the Amended Complaint that she wants the Court to consider."[8]

Ms. Taylor filed her Amended Complaint on January 27, 2023.[9] In the Amended Complaint, Ms. Taylor substantively (and for the most part sufficiently) addressed all of the specific deficiencies identified by the Court in its January 6, 2023 Order.[10] But she created a new problem by ignoring the Court's warning about the amendment process. Ms. Taylor's Amended Complaint is roughly three-quarters of a page; her original Complaint was twelve pages. So, despite the Court's clear instruction, it appears she did not "include any and all factual allegations in the Amended Complaint that she wants the Court to consider."[11] The Court again stresses that filing an Amended Complaint nullified Ms. Taylor's original Complaint and all of the allegations within the original Complaint. Right now, the Court can consider only the allegations contained within the three-quarter page Amended Complaint.

The Court is skeptical that Ms. Taylor intentionally abandoned all of the information in her original twelve-page Complaint. Instead, it appears that Ms. Taylor mistakenly believed that the Court would consider the original Complaint along with the new three-quarter page Amended Complaint. Out of an abundance of leniency for Ms. Taylor, who is representing herself, the Court will give her until close of business on Tuesday, February 28, 2023, to file another Amended Complaint. **Ms. Taylor must understand that she needs to provide every piece of information**

---

[8] *Id.* at 8.

[9] Am. Compl. (Doc. 15).

[10] Ms. Taylor's attempt to allege that that Defendant has fifteen or more employees and has employed that many people for each working day in each of twenty or more calendar weeks in the current or preceding calendar year comes up a bit short. She merely alleges that Defendant currently "employs approximately 2,148 employees . . . ." *Id.*

[11] Order (Doc. 14) at 8.

that she wants the Court to consider in the new Amended Complaint.  That means everything from her initial Complaint that she wants the Court to consider plus everything from her three-quarter page "Amendment" that she also wants the Court to consider.  All that information must be in one combined document, properly organized, and set forth as a whole new "Second Amended Complaint."  This is Ms. Taylor's last chance to properly file an Amended Complaint.

    IT IS SO ORDERED this 8th day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE