UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 02 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

TICHINA S. TAYLOR

    Plaintiff,

versus

METHODIST FAMILY
HEALTH, INC.

    Defendant.

Case No. 4:22-CV-00295-LPR

## JOINT RULE 26(f) REPORT

COMES NOW Plaintiff, Tichina Taylor, *pro se*, and Defendant, Methodist Family Health, Inc., by and through its undersigned counsel, and submit the following information in compliance with Fed. R. Civ. P. 26(f) and Local Rule 26.1.

1. Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P. 26(a).

    None.

2. Date when initial disclosures were or will be made.

    On or before June 19, 2023.

3. Subjects on which discovery may be needed.
    - All of the elements of Plaintiff's claims and Defendant's defenses to those claims;
    - Issues related to Plaintiff's employment and termination;
    - Issues related to the investigation conducted by the Equal Employment Opportunity Commission;
    - Issues related to Plaintiff's post-termination employment;
    - Issues related to willfulness / Defendant's intent; and
    - Damages.

4. Whether any party will likely be requested to disclose or produce information

from electronic or computer-based media. If so:

- (a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

   The parties anticipate that all relevant records will be reasonably available to the parties in the ordinary course of business.

- (b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

   Unknown at this time.

- (c) the format and media agreed to the parties for the production of such data as well as agreed procedures for such production;

   The parties will confer as necessary to determine the best method of production. The parties agree that native format is best for spreadsheets such as Excel.

- (d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

   The parties have been made aware of the need to maintain the relevant record taken in the ordinary course of business.

- (e) other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

   None known at this time.

5. Date by which discovery should be completed.

   December 22, 2023.

6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

   The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

7. <u>Any Orders, e.g. protective orders, which should be entered.</u>

    None at this time.

8. <u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.</u>

    None at this time.

9. <u>Any objections to the proposed trial date.</u>

    No objections to proposed trial date of May 21, 2024, at this time.

10. <u>Proposed deadline for joining other parties and amending the pleadings.</u>

    November 22, 2023.

11. <u>Proposed deadline for completing discovery.</u>

    December 22, 2023.

12. <u>Proposed deadline for filing motions other than motions for class certification.</u>

    All motions, except motions in limine due on or before January 22, 2024. Motions in limine due on or before May 10, 2024.

13. <u>Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.</u>

    N/A

14. <u>Estimated six-hour trial days needed</u>.

    The parties estimate that two (2) six-hour trial days will be need to try this case to the Court.

>                            Respectfully submitted,
>                            Methodist Family Health, Inc.,
>                            DEFENDANT
>                            Gill Ragon Owen, P.A.
>                            425 W Capitol Ave., Ste. 3800
>                            Little Rock, AR 72201
>                            (501) 376-3800
>
>                    By:     Dylan H. Potts (ABN: 2001258)
>                            potts@gill-law.com

**AND**

_____
Tichina Taylor, *Pro Se* Plaintiff